# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GONZALEZ-MEZA, *et al.,*<br><br>Defendants. | 2:11-cr-00261-GMN -VCF<br><br>**O R D E R** |

Before the court is defendant Monica Lopez' Motion To Suppress Evidence. (#25). The parties stipulated on December 14, 2011 (#27and #28), January13, 2011 (#29 and #30), and February 7, 2012 (#34 and #35), to extend the time in which the government's response was due. In the most recent stipulation signed by the court, the parties stated that the extension is warranted because "[d]efendant signed a plea agreement and the matter is set for change of plea on March 1, 2012." (#35). The parties also stated that "[o]nce [d]efendant enters her plea of guilty, defense counsel intends to withdraw the Motion to Suppress." *Id.*

On March 1, 2012, defendant Lopez entered a plea of guilty to count one (#39) pursuant to a written plea agreement (#38). The court scheduled her sentencing for March 19, 2012, at 10:30 a.m. (#39).

Accordingly, and for good cause shown,

IT IS ORDERED that defendant Monica Lopez' Motion To Suppress Evidence (#25) is DENIED as moot.

DATED this 8th day of March, 2012.

_____
**CAM FERENBACH**
**UNITED STATES MAGISTRATE JUDGE**